HSE
Harter Secrest & Emery LLP
CELEBRATING 125 YEARS
WWW.HSELAW.COM

October 9, 2019

VIA E-FILING

Hon. Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202-3498

Re: ***John D. Roba Co., Inc., d/b/a JR Products, and Brian T. Roba v. Susan Carpenter, Christopher Carpenter, and B&B Molders, LLC***
**Case No. 1:19-cv-01339-LVJ**

Dear Judge Vilardo:

Harter Secrest & Emery LLP serves as counsel for Defendants Susan Carpenter and Christopher Carpenter (collectively, the "Carpenters") in the above-referenced matter. I write to confirm to the Court that the Carpenters consent to Defendant B&B Molders, LLC's removal of this matter from the New York State Supreme Court, Erie County to the United States District Court for the Western District of New York.

I understand that a Status Conference is scheduled for tomorrow morning. I will be appearing on behalf of Mr. and Mrs. Carpenter. As a "heads up," in addition to discussing Plaintiffs' motion for a preliminary injunction and any related briefing and responses, I intend to raise and discuss my objection regarding the wrongful inclusion of Christopher Carpenter in this action. Contrary to Plaintiffs' "information and belief" assertions, Mr. Carpenter does not work and has not worked for Defendant B&B Molders, LLC. He has remained employed with the same company since early 2018, of which Plaintiff was already aware (see NYSCEF Document No. 26, Exhibit F to the Brian T. Roba Affidavit). It is my hope that unnecessary motion practice will not be needed in this regard (all rights reserved). I left messages with Plaintiffs' counsel, Mr. Burke, about this issue, but we have not yet had an opportunity to meet and confer on it. I look forward to doing so tomorrow.

Respectfully submitted,

Harter Secrest & Emery LLP

/s/ Sheldon K. Smith

Sheldon K. Smith
DIRECT DIAL: 716.844.3761
EMAIL: SSMITH@HSELAW.COM